ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Cueto Consulting & Construction LLC | ) ASBCA No. 63220 |
| | ) |
| Under Contract No. W91151-19-D-0005 | ) |

APPEARANCE FOR THE APPELLANT:       Andrew Cueto
                                                                        President

APPEARANCES FOR THE GOVERNMENT:   Dana J. Chase, Esq.
                                                                        Army Chief Trial Attorney
                                                                        MAJ Katharine M. Calderon, JA
                                                                        MAJ Joseph VanDusen, JA
                                                                        Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 16, 2025

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63220, Appeal of Cueto Consulting & Construction LLC, rendered in conformance with the Board's Charter.

Dated:  May 16, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals